ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 27 2010

at 10 o'clock and 15 min. A M
SUE BEITIA, CLERK

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 09-00343-01 JMS |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER GRANTING EX PARTE MOTION FOR AUTHORIZATION |
| vs. | ) ) | TO TRAVEL |
| WILLIE JAMES COWARD, | ) ) | |
| Defendant. | ) | |

ORDER GRANTING EX PARTE MOTION FOR
AUTHORIZATION TO TRAVEL

The ex parte motion of Georgia K. McMillen, Esq., appointed counsel for the defendant WILLIE JAMES COWARD, under the Criminal Justice Act, for travel authorization to meet with defendant in Honolulu, is GRANTED.

Counsel is authorized to incur expenses for round-trip airfare between Maui and Honolulu, and ground transportation between the airport and Honolulu, to meet with defendant within the next 14 days of entry of this order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 27, 2010.

_____
The Honorable J. Michael Seabright
United States District Judge

DENIED without prejudice

_____
UNITED STATES MAGISTRATE JUDGE